**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

IN RE:

| | |
|---|---|
| Gloria Ann Mallard | Case No.: 17-51970 |
| | Judge Mark A. Randon |
| Debtor, | Chapter 13 |

_____/

**STIPULATION FOR PRE-CONFIRMATION ADEQUATE PROTECTION PAYMENTS FOR THE REAL PROPERTY LOCATED AT 28552 SAN MARINO DRIVE, SOUTHFIELD, MI 48034**

NOW COMES, the Chapter 13 Trustee, Krispen S. Carroll, Debtor, Gloria Ann Mallard, by and through her attorney, Ryan Moran and Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for The Bank of New York Mellon Trust Company, N.A. as Successor-In-Interest to all Permitted Successors and Assigns of JPMorgan Chase Bank, National Association, as Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed (herein "Nationstar Mortgage LLC"), by and through its attorneys, Potestivo and Associates, P.C., having agreed to the terms herein, the Court being otherwise sufficiently advised in the premises, and there being no adverse impact upon any party by way of this action, thus no notice is required to be given, now therefore:

1. That Creditor, Nationstar Mortgage LLC is the holder of note and mortgage for the property located at:

    28552 SAN MARINO DRIVE, SOUTHFIELD, MI 48034

2. That adequate protection payments will be made to Creditor, Nationstar Mortgage LLC, pursuant to 11 U.S.C§ 1326 (a)(1)(C), and the Chapter 13 Trustee shall make pre-confirmation monthly disbursement in the amount of $1,670.18 to Creditor beginning with the payment due May 1, 2018.

WHEREFORE, the parties request this Honorable Court to approve the Stipulation for Adequate Protection Payments as to Creditor, adequate protection payments will be made to Creditor, Nationstar Mortgage LLC pursuant to 11 U.S.C§ 1326 (a)(1)(C), and the Chapter 13 Trustee shall make pre-confirmation monthly disbursement in the amount of $1,670.18 to Creditor beginning with the payment due May 1, 2018.

Approved for entry:

*/S/ Adam Berman*  
Potestivo & Associates, P.C.  
By: Adam Berman (P68586)  
Attorney for Nationstar Mortgage  
251 Diversion Street  
Rochester, MI 48307  
(248) 853-4400  
aberman@potestivolaw.com

*/S/Ryan Moran*  
Ryan Moran (P70753)  
25600 Woodward Avenue  
Suite 201  
Royal Oak, MI 48067  
(248) 246-6536  
ecf@moranlawoffice.com

*/S/ Krispen S. Carroll*  
Krispen S. Carroll (P49817)  
Chapter 13 Trustee  
719 Griswold  
Suite 1100  
Detroit, MI 48226  
(313) 962-5035  
notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

   Gloria Ann Mallard                        Case No.: 17-51970
                                                           Judge Mark A. Randon
                  Debtor,                          Chapter 13

_____/

**ORDER ALLOWING PRE-CONFIRMATION ADEQUATE PROTECTION PAYMENTS FOR THE REAL PROPERTY LOCATED AT 28552 SAN MARINO DRIVE, SOUTHFIELD, MI 48034**

**IT IS HEREBY ORDERED** that Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for The Bank of New York Mellon Trust Company, N.A. as Successor-In-Interest to all Permitted Successors and Assigns of JPMorgan Chase Bank, National Association, as Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed (herein "Nationstar Mortgage LLC") is entitled to adequate protection of it lien interest pursuant to 11 U.S.C. § 361, 362 and 363.

**IT IS FURTHER ORDERED** that adequate protection payments will be made to Creditor, Nationstar Mortgage LLC, pursuant to 11 U.S.C§ 1326 (a)(1)(C), and the Chapter 13 Trustee shall make pre-confirmation monthly disbursement in the amount of $1,670.18 to Creditor beginning with the payment due May 1, 2018.